

# Service of Process Transmittal

04/26/2016
CT Log Number 529059284

| | |
|---|---|
| **TO:** | Kathy Gibson<br>HCA Inc.<br>1 Park Plz Bldg 1-2W<br>Nashville, TN 37203-6527 |
| **RE:** | **Process Served in California** |
| **FOR:** | Medicredit, Inc.  (Domestic State: MO) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mykia Hicks, Pltf. vs. Medi Credit, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Claim and Order, Information, Document in Foreign Language |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Hill Street, CA<br>Case # 16M03520 |
| **NATURE OF ACTION:** | Seeking $2,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/26/2016 at 08:30 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | 6/14/2016 at 8:30 a.m. |
| **ATTORNEY(S) / SENDER(S):** | Mykia Hicks<br>4302 8th Avenue<br>Los Angeles, CA 90008<br>323-309-6589 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/26/2016, Expected Purge Date: 05/06/2016<br><br>Image SOP<br><br>Email Notification,  Kathy Gibson  kathy.gibson@hcahealthcare.com<br><br>Email Notification,  Abby Legge  abby.legge@hcahealthcare.com<br><br>Email Notification,  Shelia Odusote  Shelia.Odusote@hcahealthcare.com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of  1 / SK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.